*E-Filed: September 12, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION, LLC, | No. C13-05651 JD (HRL) |
| Plaintiff, | **ORDER RE: PLAINTIFF'S DISCOVERY DISPUTE LETTER** |
| v. | |
| KALEIDESCAPE, INC., | **[Re: Docket No. 34]** |
| Defendant. | |

Innovative Automation, LLC brings suit against Kaleidescape, Inc. for infringement of U.S. Patent No. 7,174,362 C1. On September 5, 2014, Plaintiff filed a Discovery Dispute Letter stating that Defendant has failed to supplement its discovery responses and to produce technical documents. Dkt. No. 34.

The undersigned's Standing Order re: Civil Discovery Disputes ("Standing Order") applies here, and the parties shall comply with it. If the parties cannot come to an agreement, they shall file a Discovery Dispute Joint Report within ten (10) days of the date this order is filed.

**IT IS SO ORDERED.**

Dated: September 12, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-05651 JD (HRL) Notice will be electronically mailed to:**

Adam Gutride     adam@gutridesafier.com, 1840923248420@ec2-54-201-15-189.us-west-2.compute.amazonaws.com

Alden Kwong Wei Lee     alee@bdiplaw.com, spearson@bdiplaw.com

Brian A. E. Smith     bsmith@bdiplaw.com, spearson@bdiplaw.com

Henry C. Bunsow     hbunsow@bdiplaw.com, halic@bdiplaw.com, jsprague@bdiplaw.com

Marie Ann McCrary     marie@gutridesafier.com

Seth Adam Safier     seth@gutridesafier.com

Todd Michael Kennedy     todd@gutridesafier.com, 1840923248420@ec2-54-201-15-189.us-west-2.compute.amazonaws.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2