*E-Filed: September 12, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION, LLC, | No. C13-05651 JD (HRL) |
| Plaintiff, | **ORDER RE: DEFENDANT'S DISCOVERY DISPUTE LETTER** |
| v. | |
| KALEIDESCAPE, INC., | [Re: Docket No. 35] |
| Defendant. | |

Innovative Automation, LLC brings suit against Kaleidescape, Inc. for infringement of U.S. Patent No. 7,174,362 C1. On September 9, 2014, Defendant filed a document entitled "Discovery Dispute Letter." Defendant argues that Plaintiff's infringement contentions are inadequate. Defendant requests that the Court either strike Plaintiff's infringement contentions or compel Plaintiff to amend its infringement contentions.

This filing is incorrectly characterized as a discovery dispute letter. Defendant shall withdraw the "Discovery Dispute Letter" (Dkt No. 35). Defendant may file a motion to compel amendments to infringement contentions, which shall be noticed for a hearing in front of the undersigned.

**IT IS SO ORDERED.**

Dated: September 12, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-05651 JD (HRL) Notice will be electronically mailed to:**

Adam Gutride     adam@gutridesafier.com, 1840923248420@ec2-54-201-15-189.us-west-2.compute.amazonaws.com

Alden Kwong Wei Lee     alee@bdiplaw.com, spearson@bdiplaw.com

Brian A. E. Smith     bsmith@bdiplaw.com, spearson@bdiplaw.com

Henry C. Bunsow     hbunsow@bdiplaw.com, halic@bdiplaw.com, jsprague@bdiplaw.com

Marie Ann McCrary     marie@gutridesafier.com

Seth Adam Safier     seth@gutridesafier.com

Todd Michael Kennedy     todd@gutridesafier.com, 1840923248420@ec2-54-201-15-189.us-west-2.compute.amazonaws.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**