*E-Filed: October 27, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>            Plaintiff,<br>    v.<br><br>KALEIDESCAPE, INC.,<br><br>            Defendant. | No. C13-05651 JD<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT #1**<br><br>**[Re: Docket No. 41]** |

Innovative Automation LLC ("IA") sues Kaleidescape, Inc. for infringement of U.S. Patent No. 7,174,362 C1 ("the '362 patent"). IA's infringement contentions identify the accused instrumentality as "the Kaleidescape home entertainment systems (including Kaleidescape servers, players, disc vaults, and Kaleidescape Store) that download, store, and stream digital video and audio content (the 'Kaleidescape Home Entertainment System')."

IA served its First Set of Interrogatories to Kaleidescape in March 2014. Relevant here, Interrogatories Nos. 1 and 2 requested identification of all individuals involved in the design, development, testing, and manufacture of the accused instrumentalities and relevant source code; Interrogatory No. 3 requested information about the computer servers involved in the accused instrumentalities; Interrogatories Nos. 4 and 5 sought information about the source code for the accused instrumentalities; Interrogatories Nos. 6, 7, and 8 sought information regarding the sales, revenues, profits, and cost information for each accused instrumentality; and Interrogatory No. 11

requested identification of all of Kaleidescape's employees with managerial authority whose roles related to any accused instrumentality.

Presently before the Court is the parties' Discovery Dispute Joint Report #1 ("DDJR #1"). Dkt. No. 41. IA argues that Kaleidescape's responses to Interrogatories Nos. 1-8, and 11 are insufficient. With respect to Interrogatories Nos. 1 and 2, IA argues that Kaleidescape identified only three individuals, when it is likely that more were involved in the development, testing, and manufacture of the accused instrumentalities and relevant source code. With respect to Interrogatories Nos. 3, 4, 5, and 11, IA argues that Kaleidescape failed to identify any responsive documents. With respect to Interrogatories Nos. 4 and 5, IA argues that Kaleidescape only generally identified Kaleidescape's entire body of source code, without identifying the relevant aspects. With respect to Interrogatories Nos. 6, 7, and 8, IA argues that Kaleidescape failed to respond to the information requested regarding the number of media downloads by consumers between February 6, 2007 and the present, the revenue and profits received in connection with those purchases, profits and costs associated with the Kaleidescape systems dating back to February 6, 2007, and gross revenue dating back to February 6, 2007.

The information sought in each of the disputed interrogatories relies on the identification of the accused instrumentalities. As found in the Order Granting Defendant's Motion to Strike or Compel Supplementation of Plaintiff's Patent L.R. 3-1 Disclosures, IA's infringement contentions failed to specifically identify the accused instrumentalities. Dkt. No. 69. Kaleidescape cannot provide the requested information without knowing which products IA accused of infringement. Accordingly, the Court denies IA's requests without prejudice.

**IT IS SO ORDERED.**

Dated: October 27, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-05651 JD Notice will be electronically mailed to:**

Adam Gutride    adam@gutridesafier.com, 1840923248420@ec2-54-201-15-189.us-west-2.compute.amazonaws.com

Alden Kwong Wei Lee    alee@bdiplaw.com, spearson@bdiplaw.com

Anthony J Patek    apatek@pateklaw.com, anthony@gutridesafier.com

Brian A. E. Smith    bsmith@bdiplaw.com, spearson@bdiplaw.com

Henry C. Bunsow    hbunsow@bdiplaw.com, halic@bdiplaw.com, jsprague@bdiplaw.com

Marie Ann McCrary    marie@gutridesafier.com

Seth Adam Safier    seth@gutridesafier.com

Todd Michael Kennedy    todd@gutridesafier.com, 1840923248420@ec2-54-201-15-189.us-west-2.compute.amazonaws.com, 76023834201@docketbird.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**