***E-Filed: October 27, 2014***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br>  v.<br><br>KALEIDESCAPE, INC.,<br><br>    Defendant. | No. C13-05651 JD<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF DISCOVERY DISPUTE JOINT REPORT #1**<br><br>**[Re: Docket No. 43]** |

On September 23, 2014, Plaintiff Innovative Automation LLC ("IA") filed an Administrative Motion to Seal Documents Filed in Support of Discovery Dispute Joint Report #1. Dkt. No. 43. IA sought to file under seal Defendant Kaleidescape, Inc.'s First Supplemental Objections and Responses to Innovative Automation LLC's First Set of Interrogatories. Kaleidescape has withdrawn the HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY designation assigned to its First Supplemental Objections and Responses to Innovative Automation LLC's First Set of Interrogatories. Accordingly, the Administrative Motion to Seal Documents Filed in Support of Discovery Dispute Joint Report #1 is denied.

**IT IS SO ORDERED.**

Dated: October 27, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-05651 JD Notice will be electronically mailed to:**

Adam Gutride     adam@gutridesafier.com, 1840923248420@ec2-54-201-15-189.us-west-2.compute.amazonaws.com

Alden Kwong Wei Lee     alee@bdiplaw.com, spearson@bdiplaw.com

Anthony J Patek     apatek@pateklaw.com, anthony@gutridesafier.com

Brian A. E. Smith     bsmith@bdiplaw.com, spearson@bdiplaw.com

Henry C. Bunsow     hbunsow@bdiplaw.com, halic@bdiplaw.com, jsprague@bdiplaw.com

Marie Ann McCrary     marie@gutridesafier.com

Seth Adam Safier     seth@gutridesafier.com

Todd Michael Kennedy     todd@gutridesafier.com, 1840923248420@ec2-54-201-15-189.us-west-2.compute.amazonaws.com, 76023834201@docketbird.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**