| | |
|---|---|
| ADAM J. GUTRIDE (S.B.N. 181446) | Henry C. Bunsow (SBN 60707) |
| adam@gutridesafier.com | hbunsow@bdiplaw.com |
| SETH A. SAFIER (S.B.N. 197427) | Brian A.E. Smith (SBN 188147) |
| seth@gutridesafier.com | bsmith@bdiplaw.com |
| TODD KENNEDY (S.B.N. 250267) | Alden K. Lee (SBN 257973) |
| todd@gutridesafier.com | alee@bdiplaw.com |
| MARIE A. MCCRARY (S.B.N. 262670) | BUNSOW, DE MORY, SMITH & ALLISON LLP |
| marie@gutridesafier.com | 351 California Street, Suite 200 |
| GUTRIDE SAFIER LLP | San Francisco, CA 94104 |
| 100 Pine St., Suite 1250 | Tel: (415) 426-4747 |
| San Francisco, CA 94111 | Fax: (415) 426-4744 |
| Telephone: (415) 789-6390 | |
| Facsimile: (415) 449-6469 | *Attorneys for Defendant* <br> KALEIDESCAPE, INC. |

*Attorneys for Plaintiff*
INNOVATIVE AUTOMATION LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC | Case No. 13-05651-JD |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| KALEIDESCAPE, INC., | |
| Defendant. | |

Plaintiff Innovative Automation LLC ("Innovative Automation") and Defendant Kaleidescape, Inc. ("Kaleidescape") (collectively, the "Parties") file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) because the Parties have resolved all claims and counterclaims between them in this litigation, and jointly stipulate to the dismissal of same, and that Innovative Automation's claims brought in this litigation against Kaleidescape are hereby dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

[PROPOSED] ORDER OF DISMISSAL            Case No. 13-05651 JD

1     A proposed Order is attached.

3     Dated: October 28, 2014                 GUTRIDE SAFIER LLP

                                                  */s/ Todd Kennedy*
                                                  ADAM J. GUTRIDE (S.B.N. 181446)
                                                  adam@gutridesafier.com
                                                  SETH A. SAFIER (S.B.N. 197427)
                                                  seth@gutridesafier.com
                                                  TODD KENNEDY (S.B.N. 250267)
                                                  todd@gutridesafier.com
                                                  MARIE A. MCCRARY (S.B.N. 262670)
                                                  marie@gutridesafier.com
                                                  GUTRIDE SAFIER LLP
                                                  100 Pine St., Suite 1250
                                                  San Francisco, CA 94111
                                                  Telephone: (415) 789-6390
                                                  Facsimile: (415) 449-6469

                                                  *Attorneys for Plaintiff Innovative Automation LLC.*

Dated: October 28, 2014                 BUNSOW, DE MORY, SMITH & ALLISON LLP

                                                */s/ Brian A.E. Smith*
                                                  Henry C. Bunsow (SBN 60707)
                                                  hbunsow@bdiplaw.com
                                                  Brian A.E. Smith (SBN 188147)
                                                  bsmith@bdiplaw.com
                                                  Alden K. Lee (SBN 257973)
                                                  alee@bdiplaw.com
                                                  BUNSOW, DE MORY, SMITH & ALLISON LLP
                                                  351 California Street, Suite 200
                                                  San Francisco, CA 94104
                                                  Tel: (415) 426-4747
                                                  Fax: (415) 426-4744

                                                  *Attorneys for Defendant*
                                                  *KALEIDESCAPE, INC.*

| | |
|---|---|
| ADAM J. GUTRIDE (S.B.N. 181446) | Henry C. Bunsow (SBN 60707) |
| adam@gutridesafier.com | hbunsow@bdiplaw.com |
| SETH A. SAFIER (S.B.N. 197427) | Brian A.E. Smith (SBN 188147) |
| seth@gutridesafier.com | bsmith@bdiplaw.com |
| TODD KENNEDY (S.B.N. 250267) | Alden K. Lee (SBN 257973) |
| todd@gutridesafier.com | alee@bdiplaw.com |
| MARIE A. MCCRARY (S.B.N. 262670) | BUNSOW, DE MORY, SMITH & ALLISON LLP |
| marie@gutridesafier.com | 351 California Street, Suite 200 |
| GUTRIDE SAFIER LLP | San Francisco, CA 94104 |
| 100 Pine St., Suite 1250 | Tel: (415) 426-4747 |
| San Francisco, CA 94111 | Fax: (415) 426-4744 |
| Telephone: (415) 789-6390 | |
| Facsimile: (415) 449-6469 | *Attorneys for Defendant* KALEIDESCAPE, INC. |

*Attorneys for Plaintiff*
INNOVATIVE AUTOMATION LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC | Case No. 13-05651-JD |
| Plaintiff, | **[PROPOSED] ORDER OF DISMSSAL** |
| v. | |
| KALEIDESCAPE, INC., | |
| Defendant. | |

Plaintiff Innovative Automation LLC ("Innovative Automation") and Defendant Kaleidescape, Inc. ("Kaleidescape") (collectively, the "Parties") have announced to the Court that they have resolved all claims and counterclaims between them in this litigation, and jointly stipulate to the dismissal of same. Therefore, it is ORDERED that all of Innovative Automation's claims brought in this litigation against Kaleidescape are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

[PROPOSED] ORDER OF DISMISSAL  Case No. 13-05651 JD

1  IT IS ORDERED.

2  Signed this  30th   day of October  , 2014

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT